# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DORETTA FLEMING,** *et al.* | : **CIVIL ACTION** |
| v. | : NO. 19-2926 |
| **DREW WARREN, ESQ.** and **JEFFREY KILLINO, ESQ.** | : |

## ORDER

**AND NOW**, this 10th day of October 2019, upon considering Defendants Drew Warren, Esquire's and Jeffrey Killino, Esquire's Motion to dismiss (ECF Doc. No. 14) the first amended Complaint (ECF Doc. No. 10), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 14) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
KEARNEY, J.