# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DORETTA FLEMING, *et al.* | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-2926 |
| DREW WARREN, ESQ. and JEFFREY KILLINO, ESQ. | : |

## ORDER

**AND NOW**, this 14th day of November 2019, upon considering the Plaintiffs' *pro se* Motion to alter our judgment (ECF Doc. No. 21) dismissing the Plaintiffs' Complaint for lack of subject matter jurisdiction filed after Plaintiffs did not respond to the Motion to dismiss, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion to alter judgment (ECF Doc. No. 21) is **DENIED**.

_____
KEARNEY, J.